UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CURTIS JOHNSON,

        Plaintiff,

v.

DEPARTMENT OF CORRECTIONS *et al*.,

        Defendants.

CASE NO.   C05-5341RJB

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, has reviewed plaintiff's complaint, the Report and Recommendation of Judge J. Kelley Arnold, United States Magistrate Judge, and the remaining record; and it is hereby **ORDERED**:

(1) That the Court adopts the Report and Recommendation;

(2) the case is DISMISSED;

(3) the filing fee shall not be waived; and

(4) the Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge J. Kelley Arnold.

DATED this 14th day of November, 2005.

*Robert J. Bryan* (signature)

Robert J. Bryan
United States District Judge

ORDER
Page - 1